# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHRISTY ANNE BARNES, ) | |
| ) | |
|     **Plaintiff,** ) | Civil Action No. |
| ) | |
| v. ) | 1:17-cv-03704-ELR-JFK |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, ) | |
| ) | |
|     **Defendant.** ) | |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, files its response to the Court's February 15, 2018 Show Cause Order. (Doc. 12.) Plaintiff, Christy Barnes, filed her Complaint on September 22, 2017, alleging violation of section 1681e(b) of the Fair Credit Reporting Act ("FCRA") (Doc. 1.) Equifax filed is Answer on December 20, 2017. (Doc. 6.)

The parties submitted their Joint Preliminary Report and Discovery Plan on January 22, 2018. (Doc. 10.) On January 26, 2018, the Court entered its Scheduling Order. (Doc. 11.) The Court noted that Plaintiff had filed a certificate of service of her Initial Disclosures, (Doc. 8.), but Equifax had yet to do so, (Doc. 11 at 1). The Court ordered Equifax to file its Initial Disclosures within fourteen

days. (*Id.*) On February 15, 2018, the Court issued its Show Cause Order, directing Equifax to state why it had not filed its Initial Disclosures as ordered. (Doc. 12 at 1.) Equifax responds as follows:

As an initial matter, Equifax notes for the Court that Plaintiff is represented by a law firm which engages in constant litigation against Equifax. Undersigned counsel has an ongoing relationship with Plaintiff's counsel and Equifax has the hope and expectation of resolving this litigation quickly or efficiently.

Due to clerical error, Equifax overlooked the Court's directive to file its Initial Disclosures with the Court. The Initial Disclosures have now been filed (Doc. 13), and Equifax has also served an initial set of written discovery on Plaintiff (Interrogatories, Requests for the Production of Documents, and Requests for Admission) and filed its certificate of service with regard thereto (Doc. 14).

Undersigned counsel apologizes to the Court for not expeditiously heeding the Court's directive, and assures the Court that counsel is and will continue to be attentive to this matter, including the course of discovery and negotiation with Plaintiff's counsel toward potential resolution.

Respectfully submitted this 28th day of February, 2018.

KING & SPALDING LLP

By: */s/ Lewis P. Perling*

Lewis P. Perling (Ga. Bar No. 572379)
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Tel:  (404) 572-4600
Fax:  (404) 572-5100
Email:  lperling@kslaw.com
*Attorneys for Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

James Marvin Feagle
Clifton Dorsen
Skaar and Feagle
Suite B
2374 Main Street
Tucker, GA 30084

Alexis I. Lehmann
Francis & Mailman, P.C.
19th Floor, Land Title Building
100 South Broad Street
Philadelphia, PA 19110

Justin Tharpe Holcombe
Kris Kelly Skaar
Skaar & Feagle, LLP -Woodstock
133 Mirramont Lake Drive
Woodstock, GA 30189

/s/ *Lewis P. Perling*
Lewis P. Perling